IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01431-PAB-MEH

TYLER MUSTARD,

    Plaintiff,

v.

MICHAEL MORELOCK, Denver Police Officer, in his individual and official capacities,
KIMBERLY THOMPSON, Denver Police Officer, in her individual and official capacities, and
CITY OF DENVER, a municipality,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2010.**

    The Stipulated Motion for Protective Order [filed November 10, 2010; docket #17] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.