IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01431-PAB-MEH

TYLER MUSTARD,

    Plaintiff,

v.

MICHAEL MORELOCK, Denver Police Officer, in his individual and official capacities,
KIMBERLY THOMPSON, Denver Police Officer, in her individual and official capacities, and
CITY OF DENVER, a municipality,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2011.**

    The Joint Motion to Modify the Scheduling Order [filed January 3, 2011; docket #25] is **granted**. Absent exceptional cause, the Court will likely decline to grant any further request for extensions of time. The dates and deadlines in this matter are reset as follows:

| | |
|---|---|
| Deadline to serve written discovery: | March 3, 2011 |
| Initial expert witness disclosures due: | March 14, 2011 |
| Rebuttal expert witness disclosures due: | April 14, 2011 |
| Discovery due: | June 7, 2011 |
| Dispositive motions due: | June 7, 2011 |

    The Settlement Conference set for January 19, 2011, is **vacated** and **rescheduled** to Monday, **March 7, 2011, at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference. Each party shall submit a Confidential Settlement Statement to Magistrate Judge Hegarty **one week prior to the conference,** outlining the facts and issues in the case and the party's settlement position. In addition, the parties should address the approximate value of the case.

    The Final Pretrial Conference set for June 27, 2011 is **vacated** and **rescheduled** to **August 8, 2011, at 9:15 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**